UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 27, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-08-0292 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAIME FLORES, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAIME FLORES__ , Case No. __CR. S-08-0292 LKK__ , Charge __Title 21 USC §§ 846; 841 (a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

  __X__   Bail Posted in the Sum of $ __365,000 secured by real property ; posting by 6/30/08__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        __X__   (Other)   __with supervision and conditions of release__

Issued at __Sacramento, CA__ on __June 27, 2008__ at __3:14__ pm .

By _____
Kimberly J. Mueller
United States Magistrate Judge