Elena Condes (CBN 169515)
LAW OFFICE OF ELENA CONDES
1010 Grayson Street, Suite Two
Berkeley, California 94710
Tel: (510) 525-4243
Fax: (510) 665-4036
Eml: ec@elenacondes.com

Attorney for Defendant
JAIME FLORES

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **2:08-CR-0292 LKK** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CHANGE OF PLEA; AND ORDER** |
| ARMANDO PEREZ, **JAIME FLORES**, NARCISCO MARTINEZ, AND GUADALUPE GUTIERREZ, | Date: July 20, 2010<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

1. The parties have resolved the remaining conflicts related to the Plea Agreement as to defendant, JAIME FLORES.

2. In preparation for the expected incarceration following the upcoming Change of Plea, defendant, JAIME FLORES had undergone necessary medical procedures and still has one or two follow-up medical appointments.

3. Accordingly, defendant, JAIME FLORES, requires additional time to complete his medical treatments prior to incarceration.

Stipulation to Continue Status Conference

1    4.   Therefore, it is requested that the Change of Plea, currently scheduled for July 20, 2010, at 9:15 a.m. be continued to September 8, 2010, at 9:15 a.m.

5.   I have spoken with AUSA, Jason Hitt, who has no opposition to this request and I have confirmed an available date with the Court's clerk.

6.   That the defendants and the government's counsel agree that Time shall be excluded as the interests of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Excluding time would allow counsel for defendant the reasonable time necessary for the effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties agree that time shall be excluded through the next status conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

7.   Defendant's counsel contacted the government's counsel and received his verbal authorizations to enter the electronic signature below.

Dated: July 19, 2010                                   LAW OFFICES OF ELENA CONDES

                                                                    /s/
                                                        Elena Condes, Attorney for Defendant,
                                                        JAIME FLORES

Dated: July 19, 2010                                   LAWRENCE G. BROWN
                                                        Acting United States Attorney

                                                                    /s/
                                                        By: Jason Hitt,
                                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO PEREZ, **JAIME FLORES**, NARCISCO MARTINEZ, AND GUADALUPE GUTIERREZ,<br><br>Defendant.<br>_____/ | No.  2:08-CR-0292 LKK<br><br>**ORDER**<br><br>Date:  July 20, 2010<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**ORDER**

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The defendant, JAIME FLORES' change of plea in the above-entitled case is continued to September 8, 2010, at 9:15 a.m. and that the time between July 20, 2010 and September 8, 2010, is excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161 (h)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: July 19, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT