Elena Condes  (CBN 169515)
LAW OFFICES OF ELENA CONDES
1010 Grayson Street, Suite Two
Berkeley, California 94710
Tel: (510) 525-4243
Fax: (510) 665-4036
Eml: ec@elenacondes.com

Attorney for Defendant
JAIME FLORES

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO PEREZ, **JAIME FLORES**, NARCISCO MARTINEZ, AND GUADALUPE GUTIERREZ,<br><br>Defendant.<br>_____ / | No.  2:08-CR-0292 LKK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA; AND ORDER**<br><br>Date:  Sept. 8, 2010<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

1. The parties have resolved the remaining conflicts related to the Plea Agreement as to defendant, JAIME FLORES.

2. In preparation for the expected incarceration following the upcoming Change of Plea, defendant, JAIME FLORES, requires additional time to settle his affairs prior to incarceration.

4. Therefore, it is requested that the Change of Plea, currently scheduled for September 8, 2010, at 9:15 a.m. be continued to September 28, 2010, at 9:15 a.m.

5. I have spoken with AUSA, Jason Hitt, who has no opposition to this request and I have confirmed an available date with the Court's clerk.

Stipulation to Continue Change of Plea

1     6. That the defendants and the government's counsel agree that Time shall be excluded as the interests of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Excluding time would allow counsel for defendant the reasonable time necessary for the effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties agree that time shall be excluded through the next status conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

    7. Defendant's counsel contacted the government's counsel and received his verbal authorizations to enter the electronic signature below.

Dated: August 30, 2010　　　　　　　　　　　LAW OFFICES OF ELENA CONDES

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Elena Condes, Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　JAIME FLORES

Dated: August 30, 2010　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　By: Jason Hitt,
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>ARMANDO PEREZ, **JAIME FLORES**,<br>NARCISCO MARTINEZ, AND<br>GUADALUPE GUTIERREZ,<br><br>       Defendant.<br>_____/ | No.  **2:08-CR-0292 LKK**<br><br>**ORDER**<br><br>Date:  September 8, 2010<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**ORDER**

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The defendant, JAIME FLORES' change of plea in the above-entitled case is continued to September 28, 2010, at 9:15 a.m. and that the time between September 8, 2010 and September 28, 2010, is excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161 (h)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: September 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT