Elena Condes (CBN 169515)
LAW OFFICE OF ELENA CONDES
1010 Grayson Street, Suite Two
Berkeley, California 94710
Tel: (510) 525-4243
Fax: (510) 665-4036
Eml: ec@elenacondes.com

Attorney for Defendant
JAIME FLORES

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO PEREZ, **JAIME FLORES**, NARCISCO MARTINEZ, AND GUADALUPE GUTIERREZ,<br><br>Defendant.<br>_____/ | No. 2:08-CR-0292 LKK<br><br>**DECLARATION OF ELENA CONDES IN SUPPORT OF REQUEST FOR EXONERATION OF BOND; AND ORDER**<br><br>Mag. Judge: Hon. Kendall J. Newman |

I, Elena Condes, do hereby declare:

I am the attorney of record for Defendant, Jaime Flores, in the above-entitled action.

On December 14, 2010, Mr. Flores was sentenced following an entry of a guilty plea pursuant to a written plea agreement. Mr. Flores was remanded Jaime Flores into custody pursuant to 18 U.S.C. §3143(a)(2).

I am informed and believe and thereon allege that bail in the above-entitled matter has not been exonerated pursuant to Federal Rules of Criminal Procedure, Rule 46(g).

Bail has been previously set in the amount of $500,000.00 and was secured by a deed of trust on real property.

Decl re: Req for Exon Bond

1  I am informed and believe and thereon allege that there was no forfeiture of any of the bail
2  in this matter and all conditions for exoneration of the real property pledged in this matter have
3  been met.  Therefore, I hereby request the Court exonerate the bond and order that reconveyance
4  be undertaken forthwith on the below described piece of real property:
5  Lot 11, Block 39, "Amended Plan of Decoto", Filed December 1, 1904, Book 19 of Maps,
6  Page 43, Alameda County Records.  Assessors Parcel Number: 486-0003-041-01.
7  Said real property is owned by Ramon Flores and Maria Flores.
8  I declare under penalty of perjury that the foregoing is true and correct and that this
9  Declaration was executed on February 22, 2011, in Berkeley, California.

_____
Elena Condes, Attorney for Defendant,
JAIME FLORES

Decl re: Req for Exon Bond                     2

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0292 LKK |
| Plaintiff, | |
| vs. | **ORDER EXONERATING BOND** |
| ARMANDO PEREZ, **JAIME FLORES**, NARCISCO MARTINEZ, AND GUADALUPE GUTIERREZ, | Mag Judge: Hon. Kendall J. Newman |
| Defendant. | |
| _____/ | |

**IT IS HEREBY ORDERED** that the appearance bond posted by Ramon Flores and Maria Flores, and secured by a Deed of Trust to real property located in the County of Alameda, in the above-entitled matter, in the amount of $365,000.00 is hereby exonerated; the Clerk of this Court forthwith shall provide a Deed of Reconveyance of the Alameda County property securing the bond to the sureties/trustors at the following mailing address: Ramon Flores and Maria Flores, 33445 2nd Street, Union City, California 94587.

Dated: February 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE